STATE of Missouri, Respondent,

v.

Charles L. LABELLA, Appellant.

No. WD 53311.

Missouri Court of Appeals, Western District.

Sept. 23, 1997.

Rebecca Kurz, Asst. Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for Respondent.

Before ULRICH, C.J., P.J., and BERREY and SPINDEN, JJ.

## ORDER

PER CURIAM.

Charles L. Labella appeals the circuit court's judgment convicting him of unlawful use of a weapon. We affirm. Rule 30.25(b).